UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

United States of America,

Plaintiff,

-against-

Case No. 7:94-cr-788

Timothy J. Rodgers

Defendant.

_____X

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

_____

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August, 2022
Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

United States of America,

                              Plaintiff,

    -against-

                                                    Case No. 7: 95-mj-2056

German A. Zuniga

                              Defendant.

_____X

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                              SO ORDERED.

                              Hon. Martin R. Goldberg
                              United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsi, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ — _____X

United States of America,

                              Plaintiff,

        -against-

                                                    Case No. 7:95-mj-516

Rhonda R. Weygant

                              Defendant.

_____X

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.

                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

United States of America,

Plaintiff,

-against-

Case No. 7:97-mj-2068

Ted S. Reed

Defendant.

_____ x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August, 2022
Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America,

                   Plaintiff,

-against-

                                        Case No. 7:98-mj-970

Christopher Giggey

                   Defendant.
------------------------------------------------------------X

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August, 2022
      Pnughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ _____x

United States of America,

                              Plaintiff,

        -against-

                                                        Case No. 7:98-mj-971

Kenneth G. Huffman

                              Defendant.

_____x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                              SO ORDERED.

                              Hon. Martin R. Goldberg
                              United States Magistrate Judge

Dated: 26th day of August, 2022
        Poughkeepsie,, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————— x

United States of America,

                              Plaintiff,

        -against-

                                                Case No. 7:98-mj-1516

Jason S. Stracher

                              Defendant.

—————————————————————————— x

# **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.

                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

United States of America,

                                    Plaintiff,

        -against-

                                                        Case No. 7:98-mj-1971

Bryan L. Bothell

                                    Defendant.

_____x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                                SO ORDERED.

                                                Hon. Martin R. Goldberg
                                                United States Magistrate Judge

Dated: 26th day of August, 2022
        Poughkeepsie,, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

United States of America,

                                    Plaintiff,

    -against-

                                                        Case No. 7:98-mj-2034

Craig Smith

                                    Defendant.

_____X

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August, 2022
      Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

United States of America,

                              Plaintiff,

        -against-

                                                Case No. 7:98-mj-2155

Brian A. Bianco

                              Defendant.
_____X

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————X

United States of America,

                              Plaintiff,

        -against-

                                                    Case No. 7:98-mj-2708

Andrew A. Hillegas, Jr.

                              Defendant.

————————————————————————————X

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.

                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

United States of America,

Plaintiff,

-against-

Case No. 7:98-mj-2709

Randall Sandsmark

Defendant.

_____ x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August, 2022
Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

United States of America,

Plaintiff,

-against-

Case No. 7:99-mj-2066

Eleanor M. Clary

Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August, 2022
Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ X

United States of America,

                            Plaintiff,

        -against-

                                                    Case No. 7:00-mj-745

Maria J. Manganiello

                            Defendant.
_____ X

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                            SO ORDERED.

                                            Hon. Martin R. Goldberg
                                            United States Magistrate Judge

Dated: 26th day of August, 2022
        Poughkeepsie,, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— X

United States of America,

                              Plaintiff,

        -against-

                                                    Case No. 7:01-mj-1204

Scott Kirsh

                              Defendant.

———————————————————————— X

# **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                              SO ORDERED.

                              Hon. Martin R. Goldberg
                              United States Magistrate Judge

Dated: 26th day of August, 2022
        Poughkeepsie,, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————————————————-x

United States of America,

Plaintiff,

-against-

Case No. 7:01-mj-1559

Michael Gruno

Defendant.

——————————————————————————————x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August, 2022
Poughkeepsie,, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

United States of America,

                              Plaintiff,

            -against-

                                                    Case No. 7:01-mj-2231

Sarah Stegall

                              Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

United States of America,

                    Plaintiff,

-against-

                                             Case No. 7:02-mj-386

Natasha Baker

                    Defendant.

———————————————————————— x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                       SO ORDERED.

                                       Hon. Martin R. Goldberg
                                       United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsie,New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ _____ X

United States of America,

                              Plaintiff,

        -against-

                                                    Case No. 7:03-cr-1417

Edgardo Rivera

                              Defendant.

_____ X

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                              SO ORDERED.

                              _____
                              Hon. Martin R. Goldberg
                              United States Magistrate Judge

Dated: 26th day of August, 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

United States of America,

Plaintiff,

-against-

Case No. 7:04-mj-1860

Wally Gonzalez

Defendant.

_____X

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August, 2022
Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————X

United States of America;

                    Plaintiff,

        -against-

                                                  Case No. 7:04-mj-2482

Charles Chasten

                    Defendant.

———————————————————————————X

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————x

United States of America,

                              Plaintiff,

        -against-

                                                      Case No. 7:05-mj-664

Adrian Johnson

                              Defendant.

————————————————————————————x

# **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                            SO ORDERED.

                                            Hon. Martin R. Goldberg
                                            United States Magistrate Judge

Dated: 26th day of August, 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

United States of America,

                        Plaintiff,

        -against-

                                                    Case No. 7:08-mj-5195

Kenneth Wanamaker

                        Defendant.

_____X

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                            SO ORDERED.

                                            _____
                                            Hon. Martin R. Goldberg
                                            United States Magistrate Judge

Dated: 26th day of August, 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————x

United States of America,

Plaintiff,

-against-

Case No. 7:09-mj-1493

William Lasch

Defendant.

—————————————————————————x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August, 2022
Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————X

United States of America,

                              Plaintiff,

        -against-

                                                    Case No. 7:09-mj-2399

James Burke

                              Defendant.

————————————————————————————X

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                              SO ORDERED.

                              _____
                              Hon. Martin R. Goldberg
                              United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————— x

United States of America,

                                    Plaintiff,

        -against-

                                                        Case No. 7:11-mj-2295

Richard Casey

                                    Defendant.

—————————————————————————— x

## **ORDER OF DISMISSAL**

        Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                            SO ORDERED.

                                            Hon. Martin R. Goldberg
                                            United States Magistrate Judge

Dated: 26th day of August, 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

United States of America,

                                    Plaintiff,

        -against-

                                                    Case No. 7:13-mj-2092

Travis W. Stone

                                    Defendant.

_____x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                    SO ORDERED.

                                    _____
                                    Hon. Martin R. Goldberg
                                    United States Magistrate Judge

Dated: 26th day of August, 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

United States of America,

                    Plaintiff,

         -against-

                                                    Case No. 7:14-mj-2820

John Struse

                    Defendant.

_____ x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August, 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

United States of America,

                                    Plaintiff,

          -against-

                                                        Case No. 7:15-mj-1658

Roy W. Rogers

                                    Defendant.

_____X

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.

                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

United States of America,

Plaintiff,

-against-

Case No. 7:16-mj-1342

James P. Krupsky

Defendant.

_____ x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August, 2022
Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

United States of America,

                                    Plaintiff,

        -against-

                                                    Case No. 7:16-mj-4674

Jeanine Jennings

                                    Defendant.

_____x

# **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                            SO ORDERED.

                                            Hon. Martin R. Goldberg
                                            United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

United States of America,

Plaintiff,

-against-

Case No. 7:16-mj-6269

Parrion D. Bond

Defendant.

_____ x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August, 2022
    Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                              Plaintiff,

        -against-

                                                    Case No. 7:16-mj-6776

Milton Webb

                              Defendant.

_____x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.

                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

United States of America,

                    Plaintiff,

   -against-

                                                Case No. 7:16-mj-6778

Jorge Cisneros

                    Defendant.

———————————————————————— x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

United States of America,

Plaintiff,

-against-

Case No. 7:16-mj-6779

Maurice Gonzalez

Defendant.

_____X

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August, 2022
Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

United States of America,

                              Plaintiff,

          -against-

                                                    Case No. 7:16-mj-7648

Clarence T. Foy

                              Defendant.

———————————————————————x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.



                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

United States of America,

                          Plaintiff,

     -against-

                                                    Case No. 7:16-mj-8043

Glenn E. O'Neill

                          Defendant.

_____x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.

                                        _____
                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ X

United States of America,

                              Plaintiff,

        -against-

                                                        Case No. 7:16-mj-8044

Andre D. Thomas

                              Defendant.

_____ X

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.

                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

United States of America,

                              Plaintiff,

-against-

                                                        Case No. 7:17-mj-648

Nicholas S. Rodriguez

                              Defendant.

_____x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ X

United States of America,

                                        Plaintiff,

        -against-

                                                        Case No. 7:17-mj-1421

Glenn E. O'Neill

                                        Defendant.

_____ X

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.

                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

United States of America,

                              Plaintiff,

        -against-

                                                    Case No. 7:17-mj-2129

David Brown

                              Defendant.

_____X

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.


                                        _____
                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge


Dated: 26th day of August, 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

United States of America,

Plaintiff,

· -against-

Case No. 7:17-mj-3166(MRG)

Nancy J. Kibe

Defendant.

———————————————————————— x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 5/23/2018 *Nunc Pro Tunc*
· Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

United States of America,

Plaintiff,

-against-

Case No. 7:17-mj-3167

Christopher J. McNamee

Defendant.

_____x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26ᵗʰ Day of August 2022
Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

United States of America,

                                Plaintiff,

                -against-

                                                        Case No. 7:17-mj-4570

Michael P. O'Malley

                                Defendant.

_____x

# **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.

                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge

Dated: 26ᵗʰ Day of August 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————x

United States of America,

                                    Plaintiff,

        -against-

                                                        Case No. 7:17-mj-5422

Dandai A. Pahar-Singh

                                    Defendant.

————————————————————————————x

## **ORDER OF DISMISSAL**

        Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                                SO ORDERED.

                                                Hon. Martin R. Goldberg
                                                United States Magistrate Judge

Dated: 26ᵗʰ Day of August 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————— X

United States of America,

Plaintiff,

-against-

Case No. 7:17-mj-6468

Juan Estrada

Defendant.

————————————————————————— X

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 1/26/2018 *Nunc Pro Tunc*
Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

United States of America,

                    Plaintiff,

      -against-

                                  Case No. 7:17-mj-7212

Arnt L. Walaas, Jr.

                    Defendant.

_____x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                  SO ORDERED.

                                  Hon. Martin R. Goldberg
                                  United States Magistrate Judge

Dated: 26th Day of August 2022
     Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

United States of America,

                                    Plaintiff,

            -against-

                                                        Case No. 7:17-mj-7214

Joseph Krebs

                                    Defendant.

_____ x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                    SO ORDERED.

                                    Hon. Martin R. Goldberg
                                    United States Magistrate Judge

Dated: 26ᵗʰ Day of August 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————— x

United States of America,

               Plaintiff,

    -against-

                                        Case No. 7:17-mj-8010

Timothy W. Simpson

               Defendant.

————————————————————— x

## ORDER OF DISMISSAL

    Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                               SO ORDERED.

                               Hon. Martin R. Goldberg
                               United States Magistrate Judge

Dated: 26ᵗʰ Day of August 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

United States of America,

                              Plaintiff,

        -against-

                                                        Case No. 7:17-mj-8577

Donson D. Butler

                              Defendant.

_____ x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                    SO ORDERED.


                                    Hon. Martin R. Goldberg
                                    United States Magistrate Judge


Dated: 26th Day of August 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                         Plaintiff,

       -against-

                                                    Case No. 7:17-mj-9097

Javier A. Vilchez-Salazar

                         Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.

                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge

Dated: 26ᵗʰ Day of August 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                                    Plaintiff,

         -against-

                                                        Case No. 7:17-mj-9098

Chandra M. James

                                    Defendant.

_____x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                    SO ORDERED.

                                    Hon. Martin R. Goldberg
                                    United States Magistrate Judge

Dated: 26ᵗʰ day of August 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

United States of America,

                                    Plaintiff,

        -against-

                                                          Case No. 7:17-mj-9566

Jason Mielre

                                    Defendant.

_____x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                                  SO ORDERED.

                                                  Hon. Martin R. Goldberg
                                                  United States Magistrate Judge

Dated: 1/26/2018 *Nunc Pro Tunc*
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――――――――― x

United States of America,

                         Plaintiff,

    -against-

                                            Case No. 7:17-mj-9568

Bryon Minter

                         Defendant.

――――――――――――――――――――――――――――― x

## **ORDER OF DISMISSAL**

      Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                   SO ORDERED.

                                   Hon. Martin R. Goldberg
                                   United States Magistrate Judge

Dated: 1/26/2018 *Nunc Pro Tunc*
         Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                        Plaintiff,

-against-

                                                    Case No. 7:18-mj-425

Gilbert J. Duran

                        Defendant.

_____x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 2/28/2018 *Nunc Pro Tunc*
Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ — — X

United States of America,

                        Plaintiff,

        -against-

                                                        Case No. 7:18-mj-2198

Marques E. Garner

                        Defendant.

_____X

# ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                            SO ORDERED.

                                            Hon. Martin R. Goldberg
                                            United States Magistrate Judge

Dated: 26ᵗʰ day of August 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————— x

United States of America,

Plaintiff,

-against-

Case No. 7:18-mj-2348

Jeffrey G. Wansley

Defendant.

————————————————————————— __ __ x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August 2022
Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

United States of America,

                              Plaintiff,

-against-

                                                        Case No. 7:18-mj-3519

Desiree A. Talley

                              Defendant.

_____X

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

United States of America,

Plaintiff,

-against-

Case No. 7:18-mj-4260

Kevin Young

Defendant.

———————————————————————x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

United States of America,

Plaintiff,

-against-

Case No. 7:18-mj-5624

Dale C. Page

Defendant.

———————————————————— x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August 2022
Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

United States of America,

                              Plaintiff,

                -against-

                                                        Case No. 7:18-mj-5625

Thomas C. Stewart

                              Defendant.

_____x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.

                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge

Dated: 26ᵗʰ day of August 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

United States of America,

                    Plaintiff,

-against-

                                                    Case No. 7:18-mj-7077

Jeffrey G. Wansley

                    Defendant.

_____ x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.

                                        _____
                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge

Dated: 26th day of August 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

United States of America,

                          Plaintiff,

          -against-

                                                    Case No. 7:18-mj-8840

Ashley M. Jefferson

                          Defendant.

_____x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August 2022
Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————— x

United States of America,

                    Plaintiff,

        -against-

                                                    Case No. 7:18-mj-10932

Ashtyn Domenech

                    Defendant.

—————————————————————————— x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.



                                        ————————————————————
                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge

Dated: 26ᵗʰ day of August 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

United States of America,

                                    Plaintiff,

-against-

                                                                    Case No. 7:19-mj-5783

Dysheek K. Sanders

                                    Defendant.

_____X

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26ᵗʰ day of August 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

United States of America,

                          Plaintiff,

        -against-

                                              Case No. 7:19-mj-6055

Jonathan L. Riley

                          Defendant.

_____x

# ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                    SO ORDERED.

                                    Hon. Martin R. Goldberg
                                    United States Magistrate Judge

Dated: 26ᵗʰ day of August 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————— x

United States of America,

                                    Plaintiff,

        -against-

                                                        Case No. 7:19-mj-7648

Anthony J. Marino

                                    Defendant.

— — — — — — — ———————————————— x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.


                                        _____
                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge


Dated: 26th day of August 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

United States of America,

                    Plaintiff,

    -against-

                                          Case No. 7:19-mj-8149

Roger L. Kearney

                    Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                 SO ORDERED.

                                 Hon. Martin R. Goldberg
                                 United States Magistrate Judge

Dated: 26ᵗʰ day of August 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————X

United States of America,

               Plaintiff,

-against-

                                    Case No. 7:19-mj-9036

Travis W. Stone

               Defendant.

——————————————————————X

## **ORDER OF DISMISSAL**

      Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                  SO ORDERED.

                                  Hon. Martin R. Goldberg
                                  United States Magistrate Judge

Dated: 26th day of August 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

United States of America,

                         Plaintiff,

        -against-

                                                    Case No. 7:19-mj-9042

Jason C. Fell

                         Defendant.

_____ x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.

                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge

Dated: 26th day of August 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

. United States of America,

Plaintiff,

-against-

Case No. 7:19-mj-9043

Patrick J. Burke

. Defendant.

———————————— — ———————————— x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26ᵗʰ day of August 2022
Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

United States of America,

                              Plaintiff,

          -against-

                                                    Case No. 7:19-mj-12057

Christopher J. Burley

                              Defendant.

_____X

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.


                                        _____
                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge


Dated: 26th day of August 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

United States of America,

                                    Plaintiff,

        -against-

                                                        Case No. 7:20-mj-2300

Jordan Papacharalambous

                                    Defendant.

_____x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                                    SO ORDERED.

                                            _____
                                            Hon. Martin R. Goldberg
                                            United States Magistrate Judge

Dated: 26ᵗʰ day of August 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

United States of America,

                                    Plaintiff,

        -against-

                                                        Case No. 7:20-mj-2301

Gary K. Buchanan

                                    Defendant.

_____ x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————————x

United States of America,

                    Plaintiff,

        -against-

                                            Case No. 7:21-mj-7467

Zico K. Gaynor

                    Defendant.

—————————————————————————————x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                    SO ORDERED.

                                    Hon. Martin R. Goldberg
                                    United States Magistrate Judge

Dated: 26ᵗʰ day of August 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

United States of America,

                              Plaintiff,

     -against-

                                              Case No. 7:21-mj-9362

Benjamin McKenzie

                              Defendant.

_____ x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                   SO ORDERED.

                                   Hon. Martin R. Goldberg
                                   United States Magistrate Judge

Dated: 26ᵗʰ day of August 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

United States of America,

                          Plaintiff,

        -against-

                                                    Case No. 7:21-mj-10319

Jaime B. Knights

                          Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ X

United States of America,

                                    Plaintiff,

        -against-

                                                        Case No. 7:21-mj-10321

Felix Padilla-Aviles

                                    Defendant.

_____ X

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                            SO ORDERED.

                                            Hon. Martin R. Goldberg
                                            United States Magistrate Judge

Dated: 26th day of August 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

United States of America,

                          Plaintiff,

-against-

                                                    Case No. 7:21-mj-10322

Charles R. McKenzie

                          Defendant.

_____ x

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26ᵗʰ day of August 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                                        Plaintiff,

        -against-

                                                            Case No. 7:21-mj-10784

James P. Power

                                        Defendant.

_____x

# ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th day of August 2022
        Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

United States of America,

                     Plaintiff,

 -against-

Marquis Carey

                     Defendant.

———————————————————— x

Case No. 7:21-mj-11305

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                SO ORDERED.

                                Hon. Martin R. Goldberg
                                United States Magistrate Judge

Dated: 26th day of August 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

United States of America,

                          Plaintiff,

          -against-

                                                    Case No. 7:22-mj-2744

Robert Staab

                          Defendant.

_____ x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.



                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge

Dated: 26ᵗʰ day of August 2022
       Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

United States of America,

                              Plaintiff,

        -against-

                                            Violation No.  E1488769/SY10
Angela S. Howell                                          E1488770/SY10

                              Defendant.

_____X

## **ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.

                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge

Dated: 26ᵗʰ day of August 2022
        Poughkeepsie, New York